**FILED**

AUG - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

      v.

ROBERT HARPER,

    Defendant/Movant.

      )
      )
      )
      )
      )     **Civil Action No. 06 1406**
      )
      )
      )
      )

---

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court this 28 day of July, 2006,

**ORDERED** that the application to proceed *in forma pauperis* is **GRANTED**; it is

**FURTHER ORDERED** that the motion to vacte is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

                              _____
                              United States District Judge